**Opinion issued December 16, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-25-00850-CV

—————————————

## IN RE KRISTINA CASTILLO, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Kristina Castillo seeks mandamus relief from the June 17, 2025 order denying her motion to dismiss. The order was signed by an associate judge.[1]

Because we have no jurisdiction to issue a writ of mandamus against this associate judge, and relator has not demonstrated any threat to our jurisdiction, we

---

[1] The underlying case is *Kristina Castillo v. Comcast Corporation*, cause number 25-CCV-076598, pending in the County Court at Law No. 3 of Fort Bend County, Texas, the Honorable Juli A. Mathew presiding.

dismiss relator's petition for writ of mandamus for lack of jurisdiction. *See* Tex. Gov't Code § 22.221(a)–(c). Any remaining motions are likewise dismissed as moot.

## PER CURIAM

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.